# United States District Court

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA
V.

MICHAEL CROOKER
Apt. 29, 1162 Springfield St.
Feeding Hills, MA 01030
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 04-657-MAP

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 14, 2004 in Hampden county, in the _____ District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

transport a firearm in interstate commerce as a convicted felon

in violation of Title 18 United States Code, Section(s) 921 and 922(c)

I further state that I am a(n) Special Agent of the ATF and that this complaint is based on the following
                                  Official Title
facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 23, 2004                                    at       Springfield, MA
_____                    _____
Date                                                       City and State

Michael A. Ponsor, U.S.D.J.                               _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

**AFFIDAVIT**

I Patrick Burns, being duly sworn, state as follows:

1. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since April, 2000. During the course of my law enforcement career, I have investigated over fifteen cases involving felons possessing firearms illegally. I have also attended ATF training courses pertaining to firearms violations, including thirteen weeks of training at the Federal Law Enforcement Training Center. I am currently assigned to ATF's Springfield, Massachusetts, office. As a Special Agent, I am responsible for investigations involving illegal activity related to firearms, including the interstate distribution of firearms by convicted felons.

2. I am making this affidavit in support of a complaint charging Michael Crooker with unlawful transportation of a firearm in interstate commerce by a convicted felon, in violation of Title 18, United States Code, Sections 921(a)(3)(C) and 922(g).

3. On June 14, 2004, the Court issued a search warrant for the contents of a parcel post package, insured parcel no. VE 169 385 056 US, addressed to Mike Paulus, 1145 Shimp Dr., Celina, OH 45822; with a return address to M. Crooker, Apt. 29, 1162 Springfield St., Feeding Hills, MA 01030 ("Parcel Warrant").

4. On June 14, 2004, the search warrant was executed. Found inside were an air rifle and what appears to be a homemade silencer. Copies of photographs of the homemade silencer are

attached hereto as Exhibits A, B and C. It appears that the silencer could be used to muffle the sound of both an air rifle, which is not itself a firearm, as well as an actual firearm. Firearm silencers are "firearms" as defined in 18 U.S.C. § 921(a)(3)(C).

5. After viewing a photographic lineup of 8 individuals, two postal employees identified Michael Crooker as the person who sent the parcel in question.

6. I have reviewed Michael Crooker's criminal record and determined that he is a convicted felon. As a result, it appears that Crooker, as a convicted felon, used the United States mail to transport a firearm in interstate commerce in violation of 18 U.S.C. § 922(g).

 

_____
Patrick Burns
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
   Explosives

Sworn to before me and subscribed in
my presence this 23rd day of June, 2004.

_____
Michael A. Ponsor
United States District Judge

2