AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

U.S.A.

v.

MICHAEL CROOKER.

**APPEARANCE**

Case Number: 04-657 KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   def M. Crooker

6/29/04
Date

/s/ V.A. Bongiorni
Signature

V. A. Bongiorni
Print Name

95 State St
Address

Spfld   Mass   01103
City     State    Zip Code

Phone Number (413) 732-0222